UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

WILLIAM HENNESSY, by and through his Guardian, JOSEPHINE HENNESSY,

    Plaintiff.

-against-

FRANCESCA MERCHANTS, LLC and CAROLYN VOLPE INCOME ONLY TRUST,

    Defendants.

---------------------------------------------------------------x

Civil Action No. 1:21-cv-05086

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff WILLIAM HENNESSY, by and through his Guardian, JOSEPHINE HENNESSY, and Defendants FRANCESCA MERCHANTS, LLC and CAROLYN VOLPE INCOME ONLY TRUST, by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action with prejudice and, except as otherwise agreed in writing and signed by the parties in this action, each party shall bear its respective fees and costs.

Dated: December 29, 2021

By: _____
Gabriel A. Levy, Esq.
*Attorney for Plaintiff*
Gabriel A. Levy, P.C.
41 Flatbush Ave, 1st Fl
Brooklyn, NY 11217
(347) 941-4715
Glevy@glpcfirm.com

By: _____
Vincent Gonzalez, Esq.
*Attorney for Defendants*
Golden, Rothschild, Spagnola,
Lundell, Boylan, Garubo & Bell, P.C.
1011 Route 22 West, Suite 300
Bridgewater, NJ 08807
(908) 722-6300
Vgonzalez@grsl.com